# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | | |
|---|---|---|
| JIMMY DANIEL RAYBON, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:21-cv-00169-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| LARRY WILLIAMSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 11, 2024 Memorandum of Decision and Order.

June 11, 2024

Katherine Hord Simon, Clerk
United States District Court